**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

**MOTION INFORMATION STATEMENT**

Docket Number(s): **23-7779 and 23-7867**  Caption [use short title]

Motion for: **Appellant's UNOPPOSED Extension of Time to File Form C**

**ABRAHAM V LEIGH**

Set forth below precise, complete statement of relief sought:

Appellant/Cross Appellee has been precluded from filing any 2nd Federal Circuit pleadings in this case due to Appellant's/Cross Appellee's PACER account being suspended without notice until today. Because Appellant presently is litigating 4 Florida cases

Petitioner is requesting 14 days from today;s date until 4/24/2024 to file Form C

MOVING PARTY: **Robyn Abraham, Esq.**  OPPOSING PARTY: **Abby Leigh**

[ ] Plaintiff  [ ] Defendant
[X] Appellant/Petitioner  [ ] Appellee/Respondent

MOVING ATTORNEY: **Robyn Abraham, Esq.**  OPPOSING ATTORNEY: **H. Robert Feibach, Esq.**
[name of attorney, with firm, address, phone number and e-mail]

ICS
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210- Tel: 310.887.1400

Cozen O'Conner
1650 Market Place #2800
Philadelphia, PA 19103

Court- Judge/ Agency appealed from: **Honorable Katherine Polk Failla**

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[X] Yes  [ ] No (explain):_____

Opposing counsel's position on motion:
[X] Unopposed  [ ] Opposed  [ ] Don't Know
Does opposing counsel intend to file a response:
[ ] Yes  [X] No  [ ] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below? [ ] Yes [ ] No
Has this relief been previously sought in this court? [ ] Yes [ ] No

Requested return date and explanation of emergency: _____

Is the oral argument on motion requested? [ ] Yes [X] No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? [ ] Yes [X] No If yes, enter date:_____

Signature of Moving Attorney:
_/s/ signature_  Date: **/s/R. Abraham 4/10/2024**  Service: [X] Electronic  [ ] Other [Attach proof of service]

Form T-1080 (rev. 10-23)

# UNITED STATES COURT OF APPEALS

# FOR THE SECOND FEDERAL CIRCUIT

Robyn Abraham, Plaintiff, Appellant/Cross Appellee           CASES: 23-7779, 23-7867

v.

Abby Leigh, et al. Defendant/Appellee/Cross Appellant

_____/

### APPELLANT/CROSS APPELLEE'S UNOPPOSED MOTION TO EXTEND FORM C FILING

Appellant/Cross Appellee Robyn Abraham files this Unopposed Motion Requesting the Court Grant Her Motion to Extend the Court Ordered Filing of Form C for 14 days of today's date until April 24, 2024 and in support states as follows:

1. Since November 2023, Appellant has attempted to file requisite pleadings in these cases but has been unable to do so because of reported PACER 'Blocks' and 'Suspensions' of Appellant's PACER accounts.
2. Since March 2024, Appellant in good faith has spent more than 60 hours attempting to resolve these Blocked PACER issues with PACER and 2nd Federal Circuit Supervisor Richard Alcantara.
3. On March 26, 2024, the Second Federal Circuit Granted Appellant/Cross Appellee Robyn Abraham Second Federal Circuit Attorney Admission.
4. Notwithstanding Appellant's Attorney Admission to the 2nd Circuit, PACER still 'Blocked' Appellant from accessing her PACER account and/or filing documents in this case.
5. On March 29, 2024, Plaintiff received the Court's Order, ordering Appellant file requisite documents within 2 weeks of the March 29, 2024 Order.
6. On March 29, 2024, Appellant immediately telephoned 2nd Federal Circuit Court Supervisor Mr. Alcantara and advised Mr. Alcantara that PACER advised her PACER accounts reportedly were 'Blocked' by the 2nd Federal Circuit.
7. Mr. Alcantara confirmed 2nd Circuit 'technical issues'. Mr. Alcanta advised that the 'technical issues' Blocking Appellant's PACER account were 'resolved' in the 2nd Circuit on April 5, 2024.
8. On April 5, 2024, Appellant still was unable to access her PACER account or file any pleadings.
9. On April 10, 2024, following many prior calls to PACER from April 5-April 10, on April 10th for the first time, PACER advised Appellant that due to a newly received 2021 PACER invoice provided by the NYSD Clerk's Office, PACER had Suspended Appellant's PACER account.

10. *On April 10, 2024, Appellant paid PACER the alleged 2021 outstanding $43.30 2021 NYSD PACER balance.*
11. *Appellant was first provided access to her PACER account in this case on April 10, 2024.*
12. Upon being able to access her PACER account for the first time today, Appellant was able to review the Docket confirming Appellee Leigh previously filed a 178 page Form C.
13. In addition to litigating this case, Appellant presently is litigating Four (4) Florida cases related to the Premeditated Felony Murder of her Mother, Joyce Olshen Abraham. The murder of Appellant's Mother specifically was threatened by New York opposing counsel in this Arnold and Porter filed $250M civil breach of contract case.
14. While Appellant respectfully acknowledges this Court's March 29, 2024 Order requiring Appellant to file the Acknowledgment and Notice of Appearance, the Form C and the Form D prior to April 12, 2024, PACER and 2nd Circuit technical issues precluded Appellant from filing any pleadings until April 10, 2024.
15. In good faith upon PACER's April 10th restoration of Appellant's filing rights, Appellant immediately filed and served her Acknowledgment and Notice of Appearance and Form D.
16. Given that due to the above referenced circumstances Appellant knew she would not be able to properly review Appellee's Form C and prepare Appellant's Form C prior to April 12, 2024, in compliance with Local Rule 27.1, Appellant called and emailed opposing lead counsel H. Robert Feibach.
17. Lead opposing counsel Mr. Feibach confirmed that Cozen O'Connor is UNOPPOSED to Appellant's Motion to Extend Appellant's Form C filing date for 14 days – until on or before April 24, 2024.
18. This Motion is filed in Good Faith.

**WHEREFORE for the reasons stated herein, Appellant/Cross-Appellee Robyn Abraham respectfully requests the Court Grant her Unopposed Motion to Extend the Form C filing date for 14 days – until on or before April 24, 2024.**

Date: April 10, 2024 /s/ Robyn Abraham
New York, New York Appellant/Cross-Appellee Pro Se
9440 Santa Monica Blvd. #301
Beverly Hills, CA 90210
Office: 310.887.1400

# PACER
Public Access to Court Electronic Records

# INVOICE

Invoice Date: 04/07/2021
Usage From: 01/01/2021 to: 03/31/2021

## Account Summary

| | |
|---|---|
| **Pages:** | 433 |
| Rate: | $0.10 |
| Subtotal: | $43.30 |
| **Audio Files:** | 0 |
| Rate: | $2.40 |
| Subtotal: | $0.00 |
| **Current Billed Usage:** | $43.30 |
| **Previous Balance:** | $0.00 |
| Current Balance: | $43.30 |

**Total Amount Due:** $43.30

| | |
|---|---|
| Account #: | ▇▇▇▇ |
| Invoice #: | 5021989-Q12021 |
| Due Date: | 05/10/2021 |
| Amount Due: | $43.30 |

### Contact Us
San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am – 6 pm CT M-F
pacer@psc.uscourts.gov

See pacer.uscourts.gov/billing for detailed billing transactions, instructions for disputing transactions, FAQs, and more.

It's quick and easy to pay your bill online with a credit card. Visit the **Manage Your Account** section of the PACER website at pacer.uscourts.gov.

The PACER Federal Tax ID is:
**74-2747938**

Questions about the invoice? Visit
**pacer.uscourts.gov/billing**

### Eight Courts Convert to NextGen in Q1

In the first quarter, eight courts implemented the next generation case management/electronic case files (NextGen CM/ECF) system:
* California Northern Bankruptcy
* Delaware Bankruptcy
* Kentucky Eastern Bankruptcy
* Mississippi Northern District
* New York Eastern Bankruptcy
* Tennessee Western Bankruptcy
* Washington Eastern District
* Wisconsin Eastern Bankruptcy

Continue to check your court's website for more information on when it will convert to NextGen.

---

*Please detach the coupon below and return with your payment.* **Thank you!**

# PACER
Public Access to Court Electronic Records



| Account # | Due Date | Amount Due |
|---|---|---|
| ▇▇▇▇ | 05/10/2021 | $43.30 |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

Visit pacer.uscourts.gov for address changes.

Robyn Abraham
433 North Camden Drive
Floor 6
Beverly Hills, CA 90210

U.S. Courts: PACER
P.O. Box 5208
Portland, OR 97208-5208

**CERTIFICATE OF SERVICE**

I Hereby Certify that a true and correct copy of the foregoing Unopposed Motion was served via electronic service to counsel of record this 10th day of April 2024.

/s/ Robyn Abraham, Esq.

Robyn Abraham, Appellant-Cross Appellee

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

## ABRAHAM

v.

## LEIGH

**CERTIFICATE OF SERVICE***

Docket Number: **23-7779**

I, **Robyn Abraham**, hereby certify under penalty of perjury that
(print name)
on **April 12, 2024**, I served a copy of **Form T-1080,**
(date)
**UNOPPOSED MOTION FOR EXTENTION OF TIME TO FILE FORM C AND PACER INVOICE EXHIBIT**
(list all documents)

by (select all applicable)**

___ Personal Delivery   ___ United States Mail   ___ Federal Express or other Overnight Courier

___ Commercial Carrier   **X** E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| H. Robert Feibach | 1650 Market St | Philadelphia | PA | 19103 |
| Tamar Wise | 175 Greenwich St | New York | NY | 10007 |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

**04/12/2024**
Today's Date

**/s/ Robyn Abraham**
Signature

Certificate of Service Form (Last Revised 12/2015)