# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of November, two thousand twenty-five.

_____

Robyn Abraham,

    Plaintiff - Counter Defendant - Appellant-
    Counter Cross-Appellee,

v.

Abby Leigh, as Executrix of the Estate of Mitch Leigh,

    Defendant - Counter Plaintiff - Appellee-
    Counter Cross-Appellant,

Abby Leigh in her individual capacity, et al.,

    Defendants.

_____

**ORDER**

Docket Nos: 23-7779 (Lead)
              23-7867 (XAP)

Appellant-Cross-Appellee, Robyn Abraham, filed a petition for panel rehearing, or, in the alternative, for rehearing *en banc*. The panel that determined the appeal has considered the request for panel rehearing, and the active members of the Court have considered the request for rehearing *en banc*.

IT IS HEREBY ORDERED that the petition is denied.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

